UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JAN 15  P 12: 05

CIVIL ACTION NO. 03-CV-12322-RGS

U.S. DISTRICT COURT
DISTRICT OF MASS.

Staples, Inc.

           Plaintiff(s)

vs.

Quality One Wireless, Inc.                    PLAINTIFF'S AFFIDAVIT

           Defendant(s)

      I, Henry N. Goldberg, attorney for the plaintiff, on oath, depose and say that on November 21, 2003, I forwarded copies of the Summons, Civil Cover Sheet, Complaint and the Plaintiff's Verified Affidavit Pursuant To Massachusetts General Laws, Chapter 231, Section 13B, by Certified Mail No. 7002 2030 0002 2529 7126, Return Receipt Requested to the defendant, Quality One Wireless, Inc., 7151 Lake Ellenor Drive, Orlando, FL 32809, **ADDRESS CORRECTION REQUESTED.** See copy of letter dated November 21, 2003, annexed hereto.

      Service was made on the defendant, on or about December 6, 2003. See **original** Return Receipt which is also annexed hereto.

      Signed under the pains and penalties of perjury, this 14th day of December, 2003.

By its attorneys,

Henry N. Goldberg
ARNOWITZ & GOLDBERG
Suite 203

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Quality One Wireless, Inc.
7151 Lake Ellenor Drive
Orlando, FL 32809

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number: 7002 2030 0002 2529 7126

Domestic Return Receipt   102595-02-M-1540

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ .83 | |
| Certified Fee | 2.30 | Postmark Here |
| Return Reciept Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 4.88 | |

Sent To: Quality One Wireless, Inc.
Street, Apt. No.; or PO Box No.: 7151 Lake Ellenor Drive
City, State, ZIP+4: Orlando, FL 32809

PS Form 3800, June 2002    See Reverse for Instructions

7002 2030 0002 2529 7126

**ARNOWITZ & GOLDBERG**
ATTORNEYS AT LAW
208 V.F.W. PARKWAY
SUITE 203
WEST ROXBURY, MASSACHUSETTS 02132

FILED
IN CLERKS OFFICE
2004 JAN 15  P 12: 05
U.S. DISTRICT COURT
DISTRICT OF MASS

TELEPHONE: (617) 323-3900
FACSIMILE: (617) 323-3236
hgoldberg@arnowitzandgoldberg.com
jarnowitz@arnowitzandgoldberg.com

7151 Lake Ellenor Drive
Orlando, FL 32809
**ADDRESS CORRECTION REQUESTED**

RE:  Staples, Inc.
VS.  Quality One Wireless, Inc.
     Our File No.       2003-2071A
     Civil Action No.   03-CV-12322-RGS

Dear Sir/Madam:

Enclosed kindly find copies of the Summons, Civil Cover Sheet, Category Sheet, Complaint and the Plaintiff's Verified Affidavit Pursuant To Massachusetts General Laws, Chapter 231, Section 13B, which is hereby served upon you pursuant to Chapter 233A, Section 6 of the General Laws of Massachusetts. This suit results from the balance due on a Promissory Note.

Suit has been entered against you in the United States District Court For The District of Massachusetts, John Joseph Moakley U. S. Courthouse, 1 Courthouse Way, Boston, MA 02210. You need not appear personally in Court to answer the Complaint but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within twenty (20) days as specified herein and also file the original in the Civil Clerk's Office, United States District Court For The District of Massachusetts, John Joseph Moakley U. S. Courthouse, 1 Courthouse Way, Boston, MA 02210.

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THIS PURPOSE.**

Very truly yours,

Henry N. Goldberg

HNG:je
2003-2071A (Enclosure)

**SENT BY CERTIFIED MAIL NO. 7002 2030 0002 2529 7126
RETURN RECEIPT REQUESTED**

File No. 2003-2071A

# UNITED STATES DISTRICT COURT

District of  Massachusetts

Staples, Inc.
        (Plaintiff)

V.

Quality One Wireless, Inc.
        (Defendant)

SUMMONS IN A CIVIL CASE

CASE NUMBER: 03 CV 12322 RGS

TO: (Name and address of Defendant)

Quality One Wireless, Inc.
7151 Lake Ellenor Drive
Orlando, FL 32809

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Henry N. Goldberg
Arnowitz & Goldberg
1208 VFW Parkway, Suite 203
Boston, MA 02132

an answer to the complaint which is herewith served upon you, within  twenty (20)  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE: NOV 20 2003