UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-CV-12322-RGS

2004 JAN 30 A 11: 36

Staples, Inc.
    Plaintiff(s)

vs.

Quality One Wireless, Inc.
    Defendant(s)

PLAINTIFF'S MOTION TO DEFAULT
THE DEFENDANT

Now comes the Plaintiff in the above matter and moves that the Defendant Quality One Wireless, Inc. be defaulted for failure to appear and answer by its attorneys.

By its attorneys,

_____
Henry N. Goldberg
ARNOWITZ & GOLDBERG
1208 V.F.W. Parkway, Suite 203
Boston, MA 02132
(617) 323-3900
BBO # 197520

**CERTIFICATE OF SERVICE**

I, Henry N. Goldberg, hereby certify that on January 29, 2004, I mailed the foregoing Plaintiff's Motion to Default Defendant, first class mail, postage prepaid, to: Quality One Wireless, 7151 Lake Ellenor Drive, Orlando, FL 32809.

SIGNED UNDER THE PENALTIES OF PERJURY.

_____
Henry N. Goldberg

2003-2071A