UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-CV-12322-RGS

Staples, Inc.
    Plaintiff(s)

vs.

Quality One Wireless, Inc.
    Defendant(s)

PLAINTIFF'S MOTION FOR
ENTRY OF JUDGMENT

Now comes the Plaintiff and moves that Judgment enter against the Defendant Quality One Wireless, Inc. as set forth in its Complaint in the amount of $226,935.70, together with attorney's fees in the amount of $34,000.00 as provide in Paragraph 7 of the Promissory Note, together with interest in the amount of $4,727.57 from November 18, 2003 to date for a total of $264,663.20.

By its attorneys,

_____
Henry N. Goldberg
ARNOWITZ & GOLDBERG
1208 V.F.W. Parkway, Suite 203
Boston, MA 02132
(617) 323-3900
BBO # 197520

### CERTIFICATE OF SERVICE

I, Henry N. Goldberg, hereby certify that on January 29, 2004, I mailed the foregoing Plaintiff's Motion for Entry of Judgment, first class mail, postage prepaid, to: Quality One Wireless, 7151 Lake Ellenor Drive, Orlando, FL 32809.

SIGNED UNDER THE PENALTIES OF PERJURY.

_____
Henry N. Goldberg

2003-2071A