UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

STAPLES
_____
Plaintiff

v

QUALITY ONE WIRELESS
_____
Defendant

Civil Action
No. _03-12322-RGS_

## NOTICE OF DEFAULT

Upon application of the Plaintiff, ___Staples, Inc.___

for an order of Default for failure  of the Defendant, ___Quality One

Wireless___, to plead or otherwise defend as provided by

Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby

given that the Defendant has been defaulted this ___3RD___ day of

___MARCH___,

___TONY ANASTAS___
Clerk

___Elaine Flaherty___
Deputy Clerk

Notice mailed to:

all Counsel of record

and Quality One Wireless
7151 Lake Ellenor Dr
Orlando FL
32809