UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-CV-12322-RGS

STAPLES, INC.

v.

QUALITY ONE WIRELESS, INC.

<u>ORDER FOR DEFAULT JUDGMENT</u>

March 29, 2004

STEARNS, D.J.

Defendant, Quality One Wireless, Inc., having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of plaintiff and affidavits demonstrating that defendant owes plaintiff the sum of $226,935.70, that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred costs in the sum of $5,000.00 in attorney's fee's plus $150.00 in Court costs, it is hereby

ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendant Quality One Wireless, Inc. the sum of $232,085.70, with interest as provided by law.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE