## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

FIRST EXECUTION                    CIVIL ACTION NO. 03-CV-12322-RGS

To the United States Marshal for the District of Massachusetts or either of her

Deputies and to _____, Special

Process Server:

WHEREAS___Staples, Inc._____has

recovered judgment against_____Quality One Wireless, Inc._____

_____ on

the _29th_ day of __March  2004_____, 19xx, for the sum of

$__226,935.70_____, debt or damage, pre-judgment interest in the

amount of $_____4,727.57_____, and costs of this suit in the amount

of $__5,150.00_____, as to us appears of record, whereof this First

Execution remains to be done,

WE COMMAND YOU, therefore, that of the goods and chattels or lands of the

said Judgment Debtor, to cause to be paid and satisfied unto the said Judgment

Creditor, at the value thereof in money, the aforesaid sums, being a total of $___

232,085.70_____, in the whole, with interest thereon at the rate of_1.17%_

__ from said day of rendition of said judgment; and thereof also to satisfy yourself

for your own fees.

HEREOF FAIL NOT and make due return of this Writ with your doings

thereon into the Clerk's Office of our said court, at __Boston_____ ,

Massachusetts, within Twenty (20) years after the date of said judgment, or within

Ten (10) days after this Writ has been satisfied or discharged.

Dated this _____ day of _____, 19 _____.


                                        TONY ANASTAS, CLERK

        SEAL


                                        By:_____
                                             Deputy Clerk


(1stexecu.wrt - 10/96)                                    [writexec.]